# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| PLAINTIFF ) | |
| ) | NO: 4:66-cv-00040-LTS |
| V. ) | |
| ) | |
| GREENWOOD MUNICIPAL SEPARATE ) | |
| SCHOOL DISTRICT, et al ) | |
| ) | |
| DEFENDANT ) | |

## ORDER GRANTING EMERGENCY SUPPLEMENTAL RELIEF

**ON THIS DAY**, this cause came on for consideration in the United States District Court for the Northern District of Mississippi, on the Greenwood Municipal Separate School District's Second Amended Motion for Emergency Supplemental Relief and Expedited Ruling, and this Court after being fully advised in the premises, finds and orders as follows:

1. The Greenwood Municipal Separate School District (hereinafter "Greenwood Public School District" or "District") presently consists of one high school (Greenwood High), one middle school (Greenwood Middle), an alternative school (Greenwood Alternative School), a career and technical center (Greenwood Vocational Center), and four elementary schools (Bankston, Davis, Threadgill and W. C. Williams Elementary Schools.) Each elementary school serves kindergarten through sixth grade, excluding Threadgill, which serves pre-K through sixth grade.

2. On or about June 10, 2014, the Board of Trustees of the Greenwood Public School District authorized the superintendent to explore cost saving proposals that would further promote the fiscal responsibility of the District.

3. This process led the District to conclude that it should close W. C. Williams, reassign those affected students to Bankston and Threadgill elementary schools, and revise the elementary school zones to reflect those changes.

4. The District developed two plans and proposed them to the United States Department of Justice, which did not object to either plan. The District also subsequently conducted meetings with both W. C. Williams parents and staff to obtain their feedback.

5. The District thereafter approved the closure of W.C. Williams at the end of the 2014-2015 school year and the adoption of Plan B.

6. Under Plan B, all students would attend the elementary school within the school zone where they reside, as set forth in the map (Exhibit 1) attached hereto, except the District could allow: (1) fourth (4th) and fifth (5th) grade Threadgill students for the 2014-2015 school year the option of continuing their attendance at Threadgill, if they so selected, until their completion of elementary school through the 2016-2017 school year (i.e. "limited grandfathering provision"), (2) exceptions for those students who receive special education services, whether at a centralized or non-centralized location within the district, whereas said services are available outside of their residential school zone, and (3) majority/minority transfers should the district resident students in the future meet the criteria as set forth in previous orders entered in this case.

7. The District's projected student enrollment of the elementary schools, as affected by Plan B, is set forth in Exhibit 2 as attached hereto.

**IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED** (1) the Greenwood Public School District's motion to proceed with the closure of W. C. Williams Elementary School and modify district school zone lines of the Greenwood Public School District consistent with Plan B as presented is approved effective immediately; (2) that the District may allow the following exceptions to Plan B, to wit: (a) fourth (4th) and fifth (5th) grade Threadgill students for the 2014-2015 school year the option of continuing their attendance at Threadgill, if they so selected, until their completion of elementary school through the 2016-2017 school year (i.e. "limited grandfathering provision"), (b) exceptions for those students who receive special education services, whether at a centralized or non-centralized location within the district, whereas said services are available outside of their residential school zone, and (c) majority/minority transfers should the district resident students in the future meet the criteria in those previous orders entered in this case; (3) said actions are not inconsistent with the United States Constitution, applicable federal desegregation laws and orders in this case, and (4) that all other previous orders of this Court, except as modified herein, shall remain in full force and effect.

**DATED** this the 30th of June, 2015.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE



Exhibit 1

Table 1
Schools, Capacities, April 26, 2015, Pupil Membership by Race --- Greenwood Public Schools and Projected Membership as Proposed by Special Study Group with Federal Input.
Plan B (STUDENTS) with (Grandfather Provision for Threadgill Zone north of river merging with Bankston)

| SCHOOLS | CAPACITY | PRESENT MEMBERSHIP | | | | | % BLACK | % WHITE | % OTHER | PROPOSED MEMBERSHIP | | | | | % BLACK | % WHITE | % OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | GRADE | WHITE | BLACK | OTHER | TOTAL | | | | GRADE | WHITE | BLACK | OTHER | TOTAL | | | |
| BANKSTON | 500 | K-6 | 107 | 160 | 21 | 288 | 55% | 37% | 8% | K-6 | 142 | 240 | 31 | 413 | 58% | 34% | 8% |
| DAVIS | 700 | K-6 | 2 | 589 | 0 | 591 | 99.6% | 0.3% | 0% | K-6 | 2 | 589 | 0 | 591 | 99.6 | 0.3% | 0% |
| THREADGILL | 900 | K-6 | 2 | 616 | 1 | 619 | 99.5% | 0.3% | 0.2% | K-6 | 3 | 791 | 1 | 795 | 99.5% | 0.4% | 0.1% |
| W.C. WILLIAMS | 500 | K-6 | 36 | 255 | 10 | 301 | 85% | 12% | 3% | TO | BE | DISCONTINUED | | | | | |
| TOTAL | 2,600 | K-6 | 147 | 1,620 | 32 | 1,799 | 90% | 8% | 2% | K-6 | 147 | 1,620 | 32 | 1,799 | 90% | 8% | 2% |

Exhibit 2